# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

|  |  |
|---|---|
| LOUIS D JACKSON | Case No. 08-33017 |
| PATRICIA M JACKSON | |
| Debtor(s) | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/03/2008.

2) The plan was confirmed on 02/12/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/01/2009.

5) The case was completed on 01/08/2014.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 72.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $8,419.00.

10) Amount of unsecured claims discharged without payment: $61,401.96.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $34,200.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$34,200.00** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,000.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $1,901.32 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,901.32** |

Attorney fees paid and disclosed by debtor:     $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| A ROSENBAUM MD | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| AFC MEDIC VANGUARD | Unsecured | 529.00 | NA | NA | 0.00 | 0.00 |
| AFFILIATED GROUP | Unsecured | 759.00 | NA | NA | 0.00 | 0.00 |
| AMERICA ONLINE | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 466.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN FAMILY INSURANCE | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 200.00 | 1,314.57 | 1,314.57 | 457.92 | 0.00 |
| AT&T | Unsecured | 656.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 704.00 | 656.25 | 656.25 | 228.60 | 0.00 |
| AT&T BROADBAND | Unsecured | 168.00 | NA | NA | 0.00 | 0.00 |
| BERWYN EMER PHYSICIANS | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| BERWYN POLICE DEPT | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| BOOK OF THE MONTH CLUB | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| C BROWN PC | Unsecured | 475.00 | NA | NA | 0.00 | 0.00 |
| CASHNET USA | Unsecured | 183.00 | NA | NA | 0.00 | 0.00 |
| CERTEGY | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| CHARTER ONE BANK | Unsecured | 541.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 370.00 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH | Unsecured | 267.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO DEPT OF REVENUE | Unsecured | 2,710.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO MUNICIPAL EMPLOYEES ( | Unsecured | 1,266.00 | 1,580.73 | 1,580.73 | 550.64 | 0.00 |
| CITIZENS AUTO FINANCE INC | Unsecured | 10,731.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | NA | 4,660.00 | 4,660.00 | 1,623.28 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Secured | NA | 191.15 | 191.15 | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| CLERK OF THE CIRCUIT CT | Unsecured | 143.00 | NA | NA | 0.00 | 0.00 |
| COLUMBIA FURNITURE | Secured | 750.00 | NA | NA | 0.00 | 0.00 |
| COLUMBIA FURNITURE | Unsecured | 2,791.00 | 3,762.60 | 3,762.60 | 1,310.68 | 0.00 |
| COMCAST | Unsecured | 1,274.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 900.00 | 895.19 | 895.19 | 311.83 | 0.00 |
| COMMONWEALTH FINANCIAL | Unsecured | 320.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (09/01/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| COMPUTER CREDIT SERVICES | Unsecured | 539.00 | NA | NA | 0.00 | 0.00 |
| CONTINENTAL FURNITURE | Unsecured | 935.00 | NA | NA | 0.00 | 0.00 |
| CONTINENTAL FURNITURE | Secured | 100.00 | 0.00 | 100.00 | 100.00 | 0.00 |
| CORUS BANK | Unsecured | 810.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 865.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| DEUTSCHE BANK NATIONAL TRUST | Secured | 169,000.00 | 167,650.22 | 179,723.18 | 0.00 | 0.00 |
| DEUTSCHE BANK NATIONAL TRUST | Secured | 39,581.00 | NA | NA | 0.00 | 0.00 |
| DEUTSCHE BANK NATIONAL TRUST | Secured | NA | 12,072.96 | 12,072.96 | 12,072.96 | 0.00 |
| DEUTSCHE BANK NATIONAL TRUST | Secured | NA | 0.00 | 2,500.00 | 2,500.00 | 0.00 |
| DIRECT TV | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| EAST BAY FUNDING | Unsecured | 585.00 | 585.00 | 585.00 | 203.78 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 867.00 | 867.12 | 867.12 | 302.06 | 0.00 |
| FAMILY MEDICAL CARE LTD | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| FIRST CASH ADVANCE | Unsecured | 433.00 | NA | NA | 0.00 | 0.00 |
| G REGINGER DDS | Unsecured | 1,050.00 | NA | NA | 0.00 | 0.00 |
| GEMB JC PENNEY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GLA COMPANY | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| GREGORY JACKSON | Unsecured | 5,775.00 | NA | NA | 0.00 | 0.00 |
| GTE | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| H GALAL MD | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| HARVEST CREDIT MANAGEMENT | Unsecured | 1,500.00 | 1,767.96 | 1,767.96 | 615.86 | 0.00 |
| HEALTH CARE CENTERS | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| HINCKLEY SPRING WATER | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY AUTHORITY | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| JUNIPER BANK | Unsecured | 1,090.00 | NA | NA | 0.00 | 0.00 |
| MACNEAL MEMORIAL HOSPITAL | Unsecured | 2,248.00 | NA | NA | 0.00 | 0.00 |
| MAJESTIC STAR CASINO | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| MCI | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| METROPOLITAN ADVANCED RADIO | Unsecured | 609.00 | NA | NA | 0.00 | 0.00 |
| MICROSOFT | Unsecured | 161.00 | NA | NA | 0.00 | 0.00 |
| MIDNIGHT VELVET | Unsecured | 196.00 | NA | NA | 0.00 | 0.00 |
| MTE PAYCHECK TODAY XTRA CASH | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL TITLE LOANS | Unsecured | 261.00 | NA | NA | 0.00 | 0.00 |
| NORTH OAK DENTAL CARE | Unsecured | 266.00 | NA | NA | 0.00 | 0.00 |
| NORTH STAR CAPITAL | Unsecured | 3,210.00 | NA | NA | 0.00 | 0.00 |
| NORTH STAR CAPITAL ACQ | Unsecured | 3,150.00 | 3,150.62 | 3,150.62 | 1,097.50 | 0.00 |
| NORTON AUTOBON HOSPITAL | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 800.00 | 635.37 | 635.37 | 221.33 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | NA | 635.37 | 635.37 | 0.00 | 0.00 |
| PLATINUM CAPITAL INVES | Unsecured | 1,090.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 745.00 | 777.48 | 777.48 | 270.83 | 0.00 |
| PREMIUM ASSET RECOVERY | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE FINANCE | Unsecured | 1,121.00 | 1,121.85 | 1,121.85 | 390.79 | 0.00 |
| PULMONARY & CRITICAL CARE | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| ROLLINS INC | Unsecured | 162.00 | NA | NA | 0.00 | 0.00 |
| SECURITY CREDIT LLC | Unsecured | 851.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 1,332.00 | 1,332.48 | 1,332.48 | 464.16 | 0.00 |
| SUN CASH OF WI LLC | Unsecured | 192.00 | NA | NA | 0.00 | 0.00 |
| SUPERIOR ASSET MANAGEMENT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 617.00 | NA | NA | 0.00 | 0.00 |
| THE HEARST CORPORATION | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| THE PAYDAY LOAN STORE OF IL | Unsecured | 605.00 | NA | NA | 0.00 | 0.00 |
| UCB COLLECTIONS | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| UNISTATES CA LLC | Unsecured | 320.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTION BUREAU INC | Unsecured | 569.00 | NA | NA | 0.00 | 0.00 |
| VHS OF ILLINOIS | Unsecured | 309.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF OAK PARK | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| WATERMARK PHYSICIANS | Unsecured | 409.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO FINANCIAL ILLINOIS | Secured | 5,989.00 | 5,691.61 | 5,558.02 | 5,558.02 | 1,018.44 |
| WEST SUBURBAN EMERGENCY SVC | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| WEST SUBURBAN MEDICAL CENTER | Unsecured | 162.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $179,723.18 | $0.00 | $0.00 |
| Mortgage Arrearage | $14,572.96 | $14,572.96 | $0.00 |
| Debt Secured by Vehicle | $5,558.02 | $5,558.02 | $1,018.44 |
| All Other Secured | $291.15 | $100.00 | $0.00 |
| **TOTAL SECURED:** | **$200,145.31** | **$20,230.98** | **$1,018.44** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$23,107.22** | **$8,049.26** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,901.32 |
| Disbursements to Creditors | $29,298.68 |
| | |
| **TOTAL DISBURSEMENTS :** | **$34,200.00** |

**UST Form 101-13-FR-S (09/01/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/09/2014                          By: /s/ Tom Vaughn
                                           _____
                                                      Trustee


**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**